CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | ) | |
|---|---|---|
| **In re Subpoena to** | ) | 19-mc-342 |
| | ) | |
| **Cloudflare, Inc.** | ) | |
| | ) | |

<u>DECLARATION PURSUANT TO 17 U.S.C. 512(h)</u>

KERRY S. CULPEPPER, hereby declares under penalty of law that the following is true and correct:

1. I am an attorney licensed to practice law in Hawai'i and represent Millennium Films the owner of the copyright in the motion picture *Angel Has Fallen*.

2. This declaration is made in support of the accompanying subpoena, pursuant to 17 USC 512(h)(2)(C).

3. The purpose of the accompanying Subpoena is to obtain the identity of the alleged copyright infringer(s), namely the individuals who are promoting and/or distributing the streams of the motion picture.  The information obtained will be used only for the purpose of protecting the rights granted to the copyright owner(s).

20-0131D

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Kailua-Kona, Hawaii, September 13, 2019.

                CULPEPPER IP, LLLC

                <u>/s/ Kerry S. Culpepper</u>
                Kerry S. Culpepper

                Attorney for Owner/Requestor

20-0131D