CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:  (202) 204-5181
E-Mail:      kculpepper@culpepperip.com

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

|  |  |  |
|---|---|---|
| | ) | |
| **In re Subpoena to** | ) | **19-mc-342** |
| | ) | |
| **Cloudflare, Inc.,** | ) | |
| | ) | |

<u>Subpoena Attachment "A"</u>

Documents showing name, address, telephone, email, payment records, and IP address log history for the customer from 9/13/2016-present associated with customers for the following websites:

| Website | IP address |
|---|---|
| streamango.com | 104.18.248.72 |
| verystream.com | 104.20.132.131 |
| Fembed.com | 172.64.207.19 |
| vshare.eu | 37.120.137.178 |
| Vidlox.me | 37.48.68.207 |
| Flix555.com | 104.28.24.212 |
| Streamplay.to | 104.31.79.124 |
| 0123moviesback.com | 172.64.172.29 |

Background:

20-0131D

The above web domains have been identified as streaming copies of Owner's motion picture(s) and supplying said streams to the piracy app "CotoMovies" at specifically the following websites:

https://streamango.com/embed/qbsltllqfeebrkpf
https://www.fembed.com/v/ky5g0h3-gymr7gx
https://verystream.com/stream/2cYm9oJB8Gw/
http://entervideo.net/watch/7b2e5a43554f996
https://verystream.com/e/iaoT3VZZVSF
https://verystream.com/e/FG7LPqRnXdM
https://vshare.eu/vrouje3xn60b.html
https://vidlox.me/6jmwhk7e36zk
https://www.flix555.com/1er1uwax93yx.html
https://streamplay.to/9n5k9txotyte.html
https://verystream.com/e/QzU8UhUzP1M
https://verystream.com/e/YZrfxVCHRcF
https://verystream.com/e/PgWTdHAcDXw
https://verystream.com/e/bgaZpCeWaYT
https://w2.0123moviesback.com/angel-has-fallen/

2

20-0131D